IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ELDRIDGE HESS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SONOCO PRODUCTS COMPANY,** )<br>**SONOCO FLEXIBILE PACKAGING CO.,** )<br>**INC. and SONOCO "SPG", INC.** )<br>)<br>**Defendants.** ) | NO.: 04-1213-T-An |

## ORDER GRANTING JOINT MOTION TO MODIFY
## RULE 16(b) SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Rule 16(b) Scheduling Order previously entered in the case. For good cause shown, the motion is **GRANTED**. The following dates are established as the final dates for:

**COMPLETING ALL DISCOVERY**:         February 28, 2006

**FILING DISPOSITIVE MOTIONS**:       May 15, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

    (a)    for Plaintiff:    August 4, 2006
    (b)    for Defendant:    August 18, 2006

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is **SET** for **JURY TRIAL** on **MONDAY, SEPTEMBER 18, 2006 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY,**

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/23/05

**SEPTEMBER 8, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 21, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01213 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Mitchell G. Tollison
TOLLISON LAW FIRM
2821 N. Highland Ave.
Ste. A
Jackson, TN 38305

William Sossaman
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Alyson Chensasky
SCRUGGS< SOSSAMAN & THOMPSON, PLLC
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Honorable James Todd
US DISTRICT COURT